UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIVITY HEALTH, INC., ANTHONY M. )<br>SANFILIPPO, RICHARD ASHWORTH, )<br>SARA J. FINLEY, ROBERT J. GRECZYN, )<br>JR., BETH M. JACOB, BRADLEY S. )<br>KARRO, STEPHANIE DAVIS )<br>MICHELMAN, and ERIN L. RUSSELL, )<br>)<br>Defendants. ) | Case No. 1:22-cv-02992-WFK-CLP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 28, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*